**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6368**

─────────────

TREVOR ANDREW JONES,

　　　　　Plaintiff - Appellant,

　　v.

BARBARA FROST, Nurse Practitioner; MARCUS BERRY, Nurse Practitioner; D. BLAND, Chief Medical Dept. Administrator; A. STARKEY, Head Nurse, Medical Authority; PAUL OHAI, Chief Medical Dept. Authority of BCC, Chief Physician at BCC, Regional Chief Physician; JOHN WOODSON, Warden-BCC; STACY MEINHARD, Institutional Ombudsman - No longer at BCC; DEBORAH HUDSON, VADOC Regional Grievance Coordinator; SEQUOYA MOE-WILLIS, VADOC Regional Grievance Coordinator; TERESA HARVEY, Health Services Integrity Unit Manager Director; JEFFERY DILLMAN, VADOC Health Services Administrator; CHRISTINE A. BRYANT, BCC Operations Manager; M. STANFORD, Medical Authority, Chief Medical Dept. Administrator; KAREN LEE SCLAFANI, Nurse Practitioner, BCC; ALIKA BROWN, Certified Nursing Assistant; A. JAMERSON, LPN, Medical Provider; ARLENE MULDER, Kitchen Assistant Manager; HENRY PONTON, Regional Operations Director of Ombudsman Division; STEVE HERRICK, MD, VADOC Health Services Director; MARK AMONETTE, MD, VADOC Health Services Operations Director; MARCUS ELAM, VADOC Health Services Administrator, Director; ADRIAN TUCKER, VADOC Health Services Director, Administrator; EVA MOORE, Assistant Warden - BCC; LARRY EDMONDS, Warden-BCC (Current); A. DAVID ROBINSON, Chief of Corrections Operations for the Virginia Dept. of Corrections; JOSEPH WALTERS, Director, VADOC; MICHAEL JOHNSON, Correctional Officer BCC; SAMANTHA REED, Correctional Officer BCC; LISA JUSTICE, Correctional Officer VADOC; WILLIAM MOORE, Kitchen Assistant Manager; ROSE DURBIN; JEFFREY SNODDY, Assistant Warden - BCC; VIRGINIA DEPARTMENT OF CORRECTIONS; COMMONWEALTH OF VIRGINIA,

　　　　　Defendants - Appellees,

　　and

L. LANGE; C. BROWN, Certified Nursing Assistant; OFFICE OF THE COMPTROLLER,

       Defendants.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:23-cv-00277-JPJ-PMS)

---

Submitted:  April 28, 2026                         Decided:  April 30, 2026

---

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Trevor Andrew Jones, Appellant Pro Se.  Ren Warden Klinovskiy, Christopher Fitzjames Quirk, BYRNE CANAAN LAW, Richmond, Virginia; Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKESMITH, Staunton, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Trevor Andrew Jones appeals the district court's order granting Defendants' motions to dismiss and denying relief on Jones's 42 U.S.C. § 1983 complaint for failure to state a claim. We have reviewed the record and discern no reversible error. Defendants moved to strike Jones's informal brief as untimely filed and to dismiss the appeal. We deny that motion. Jones has moved for appointment of counsel and to vacate this Court's order substituting the current director of the Virginia Department of Corrections as a Defendant. We deny those motions. We affirm the district court's order. *Jones v. Frost*, No. 7:23-cv-00277-JPJ-PMS (W.D. Va. Mar. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*